1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   MARK A. LEMLEY (SBN 155830)
3  mlemley@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:  415-362-6666
5  Facsimile: 415-236-6300

6  Kenneth A. Gallo (*pro hac vice*)
   kgallo@paulweiss.com
7  Sean A. O'Donnell (*pro hac vice*)
   saodonnell@paulweiss.com
8  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
9  Washington, DC 20006-1047

10 John E. Nathan (*pro hac vice*)
   jnathan@paulweiss.com
11 Jayson L. Cohen (*pro hac vice*)
   jcohen@paulweiss.com
12 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   1285 Avenue of the Americas
13 New York, NY  10019-6064
   Telephone:  (212) 373-3000
14 Facsimile:  (212) 757-3990

15 Attorneys for Defendants
   GENENTECH, INC. and CITY OF HOPE
16

17              UNITED STATES DISTRICT COURT

18             CENTRAL DISTRICT OF CALIFORNIA

19                    WESTERN DIVISION

20 GLAXO GROUP LIMITED and            Case No. 2:10-cv-02764-MRP -FMO
   GLAXOSMITHKLINE LLC,
21                                    **GENENTECH, INC. AND CITY OF**
                Plaintiffs,           **HOPE'S NOTICE OF FILING OF**
22                                    **DISCLOSURE OF ASSERTED CLAIMS**
        v.                            **AND INFRINGEMENT CONTENTIONS**
23                                    **TO GLAXO GROUP LIMITED AND**
   GENENTECH, INC., and CITY OF       **GLAXOSMITHKLINE LLC**
24 HOPE,

25              Defendants.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GENENTECH, INC., and CITY OF HOPE,

                    Counter-Plaintiffs,

     v.

GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC

                    Counter-Defendants.

1    In compliance with the Court's Order of October 28, 2010, defendants Genentech,

2  Inc. and City of Hope hereby file with the Court as Exhibit 1 their Disclosure of Asserted

3  Claims and Infringement Contentions with respect to U.S. Patent 6,331,415, which was

4  served on Glaxo Group Limited and GlaxoSmithKline LLC on October 27, 2010.

5  Dated:  November 2, 2010                    DURIE TANGRI LLP

6

7

8                                        By:  _____
                                                    /S/ Daralyn J. Durie
                                              DARALYN J. DURIE
                                              MARK A. LEMLEY

9

10                                            Attorneys for Defendants and Counter-
                                              Plaintiffs
11                                            GENENTECH, INC. and CITY OF HOPE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GENENTECH AND CITY OF HOPE'S NOTICE OF FILING OF DISCL. OF ASSERTED CLAIMS AND
INFRINGEMENT CONTENTIONS TO GLAXO GROUP LIMITED AND GLAXOSMITHKLINE LLC /
CASE NO. 2:10-CV-02764-MRP –FMO

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on November 2, 2010, with a copy of this document via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 2, 2010, at San Francisco, California.

/s/ Daralyn J. Durie
DARALYN J. DURIE

GENENTECH AND CITY OF HOPE'S NOTICE OF FILING OF DISCL. OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS TO GLAXO GROUP LIMITED AND GLAXOSMITHKLINE LLC / CASE NO. 2:10-CV-02764-MRP –FMO