UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>　　　　Defendants. | Case No. 2:10-cv-02764-MRP-FMO<br><br>[PROPOSED] ORDER ON FIRST AMENDMENT TO STIPULATED PROTECTIVE ORDER<br><br>Judge: The Hon. Mariana R. Pfaelzer<br>Ctrm: 12 |
| GENENTECH, INC., and CITY OF HOPE,<br><br>　　　　Counter-Plaintiffs,<br><br>　v.<br><br>GLAXO GROUP LIMITED, GLAXOSMITHKLINE LLC, LONZA BIOLOGICS PLC, and LONZA BIOLOGICS INC.,<br><br>　　　　Counter-Defendants. | |

Having considered the First Amendment to Stipulated Protective Order filed jointly by counsel for Plaintiffs and Counter-Defendants Glaxo Group Limited and GlaxoSmithKline LLC, and counsel for Defendants and Counter-Plaintiffs Genentech, Inc. and City of Hope, this Court hereby rules as follows.

IT IS HEREBY ORDERED that:

(1) The First Amendment to Stipulated Protective Order is adopted.

IT IS SO ORDERED.

Dated: June 10, 2011

*/s/ Mariana R. Pfaelzer*
Hon. Mariana R. Pfaelzer
United States District Judge
Central District of California