# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC, LONZA BIOLOGICS PLC, and LONZA BIOLOGICS INC.,<br><br>Plaintiffs/Counter Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Defendants. | Case No. CV-10-02764 MRP (FMOx)<br><br>**ORDER ON SECOND AMENDMENT TO STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Ctrm: 12 |
| GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC LONZA BIOLOGICS PLC, and LONZA BIOLOGICS INC.,<br><br>Counter-Claimants<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Counter-Defendants. | |

Having considered the Second Amendment to Stipulated Protective Order filed jointly by counsel for Plaintiffs and Counter-Defendants Glaxo Group Limited and GlaxoSmithKline, counsel for Counter-Defendants Lonza Biologics plc and Lonza Biologics Inc., and counsel for Defendants and Counter-Plaintiffs Genentech, Inc. and City of Hope, this Court hereby rules as follows:

**IT IS HEREBY ORDERED** that the Second Amendment to Stipulated Protective Order is adopted.

**IT IS SO ORDERED.**

Dated: JUNE 23, 2011

_____
Hon. Mariana R. Pfaelzer
United States District Judge
Central District of California

PRESENTED BY:

MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI *Admitted Pro Hac Vice*
lferri@mayerbrown.com
BRIAN W. NOLAN *Admitted Pro Hac Vice*
bnolan@mayerbrown.com
RICHARD J. MCCORMICK *Admitted Pro Hac Vice*
rmccormick@mayerbrown.com
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

By: _/s/ Lisa M. Ferri_
    Lisa M. Ferri

Attorneys for Plaintiffs and Counter-Defendants
GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC
Attorneys for Defendants and Counter-Claimants
LONZA BIOLOGICS PLC and LONZA BIOLOGICS INC.